UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jonathan Herrera,

                Plaintiff,

-against-

Commissioner of Social Security,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2021

1:20-cv-04907 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The extended deadline for the Commissioner to respond to Plaintiff's motion for EAJA fees expired on June 17, 2021. (*See* 6/4/21 Order, ECF No. 25.) Unless the Commissioner responds to Plaintiff's motion by 5:00 p.m. on June 22, 2021, the motion shall be considered as unopposed.

**SO ORDERED.**

DATED:    New York, New York
                June 21, 2021

_____
STEWART D. AARON
United States Magistrate Judge